## Commonwealth v. Forker, Appellant.

Submitted March 24, 1975. *Calvin S. Drayer, Jr.*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf* and *J. David Bean*, Assistant District Attorneys, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence is vacated in the light of *Commonwealth v. Butler*, 458 Pa. 289, 328 A.2d 851 (1974), and the case is remanded for resentencing in compliance therewith.

## Commonwealth v. Fucci, Appellant.

Submitted June 9, 1975. *Richard J. Shiroff* and *Thomas L. Walters*, for appellant; *John J. Segata, Jr.*, Assistant District Attorney, and *Charles H. Spaziani*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.